BARRY J. PORTMAN
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant TROFEM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 10-362 JCS |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING** |
| vs. | ) | |
| | ) | |
| RINALDO TROFEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Undersigned counsel stipulate as follows:

1.     Sentencing is currently scheduled in this matter on October 19, 2010 at 10:30 a.m.;

2.     Defense counsel will be in trial on October 19, 2010 from 7:30a.m. to 1:30p.m.;

3.     For this reason, defense counsel requests that the sentencing hearing be moved to October 20, 2010 at 2:00p.m.;

4.     Defense counsel has contacted Probation Officer Sara Black and she has no objection to the proposed date.

IT IS SO STIPULATED.

DATED:          October 1, 2010                            _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender

DATED:          October 1, 2010                            _____/S/_____

IOANA PETROU
Assistant United States Attorney

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing, previously scheduled for October 19, 2010 at 10:30 a.m., is  hereby CONTINUED to October 20, 2010 at 2:00 p.m.

IT IS SO ORDERED.

DATED:____10/4/10_____                            _____

THE _____ JOSEPH SPERO
UNITED STATES MAGISTRATE JUDGE

2